**The Honorable Marsha J. Pechman**

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PATRICE BISHOP-FOSTER and ELIJAH WORLEY, | )<br>)<br>) |
| Plaintiffs, | ) Cause No.: 2:09-cv-01608-MJP<br>)<br>) ORDER GRANTING |
| v. | ) DEFENDANT'S REQUEST<br>) FOR A.D.R. PURSUANT TO<br>) LOCAL RULE 16 |
| COLUMBIA RECOVERY GROUP, LLC, | )<br>) |
| Defendant. | )<br>) |

## ORDER

PURSUANT TO Local Civil Rule 16(c) the Court hereby orders the parties and their counsel to appear and participate in ADR through an available magistrate judge. This matter is referred to Magistrate Judge Mary Alice Theiler for the purpose of conducting a settlement conference.

IT IS SO ORDERED.

(PROPOSED) ORDER GRANTING
DEFENDANTS' REQUEST FOR ADR - 1
CASE NO. 2:09-cv-01608-MJP

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)

Dated this 1st day of June, 2010.

*signature*

Marsha J. Pechman
United States District Judge

LUKE, CASTEEL & OLSEN, PSC

/s/ Kimberlee Walker Olsen
_____
Kimberlee Walker Olsen, WSBA # 28773
Attorney for Defendant

C:\Documents and Settings\rmiller\Local Settings\Temp\notesE1EF34\bishop-foster.adr.ord.wpd

(PROPOSED) ORDER GRANTING
DEFENDANTS' REQUEST FOR ADR - 2
CASE NO.  2:09-CV-01608-MJP

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)